UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO ROBERTS, | Case No. CV 17-9280 DSF(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| R.J. RACKLEY (Warden), et al., | |
| Respondents. | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

DATED: 1/10/18

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE